JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COASTAL LAW ENFORCEMENT ACTION NETWORK, MARCIA HANSCOM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CBS OUTDOOR INC., a Delaware corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 11-CV-00938 SVW (FMOx)<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>Hon. Stephen V. Wilson<br><br>Department: 6<br>Action filed: January 31, 2011 |

90978.1

[PROPOSED] ORDER OF DISMISSAL

1  WHEREAS, Plaintiffs, the Coastal Law Enforcement Action Network and
2 Marcia Hanscom ("Plaintiffs") and Defendant CBS Outdoor Inc. ("CBSO")
3 (collectively, the "Parties") have entered into a stipulation of dismissal of this action
4 pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;
5  WHEREAS the Parties' stipulation calls for the dismissal with prejudice in
6 part and dismissal without prejudice in part;
7  WHEREAS, the Parties stipulate that CBSO did not intentionally, knowingly,
8 or willfully violate the Coastal Act with respect to the six sign structures identified
9 in the FAC and that there is no cause of action for civil penalties under section
10 30820(a) for any conduct occurring prior to January 1, 1993, when the statute
11 became effective; and
12  WHEREAS, on August 29, 2011, Plaintiffs filed a motion to voluntarily
13 dismiss this Action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules
14 of Civil Procedure, and CBSO indicated it would oppose that motion in the absence
15 of reasonable conditions;
16  For good cause appearing, IT IS HEREBY ORDERED THAT
17  1)  Plaintiffs' First Claim for Relief against all Defendants is dismissed
18 without prejudice.
19  2)  Plaintiffs' Second Claim for Relief against all Defendants is dismissed
20 without prejudice.
21  3)  Plaintiffs' Third Claim for Relief is dismissed with prejudice, to the
22 extent the claim seeks penalties for any conduct occurring prior to January 1, 1993.
23 Plaintiffs' Third Claim for Relief, to the extent it seeks civil penalties for
24 development alleged to have occurred after January 1, 1993, is dismissed without
25 prejudice.
26  4)  Plaintiffs' Fourth Claim for Relief is dismissed with prejudice.
27  ~~5)   Plaintiffs' pending motion to voluntarily dismiss the action is vacated.~~
28

90978.1

1

[PROPOSED] ORDER OF DISMISSAL

6) Each party shall bear his, her, or its own costs, expenses, and attorney's fees incurred in connection with this action.

IT IS SO ORDERED.

Dated: 10-28-11

STEPHEN V. WILSON
Hon. Stephen V. Wilson
Judge, United States District Court